THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Mickeal Larron
 Joe, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Lancaster County
G. Edward Welmaker, Trial Judge
 Brooks P. Goldsmith, Post-Conviction
Relief Judge

Memorandum Opinion No. 2009-MO-045
 Submitted July 22, 2009  Filed August 24,
 2009

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Michelle J. Parsons, all of Columbia, for
 Respondent.
 
 
 

PER
 CURIAM:  Petitioner seeks
 a writ of certiorari from the denial of his application for post-conviction
relief (PCR).
We
 deny the petition on Petitioners Question II.  Because there is sufficient
 evidence to support the PCR judges finding that petitioner did not knowingly
 and intelligently waive his right to a direct appeal, we grant the petition for
 a writ of certiorari on Petitioners Question I, dispense with further
 briefing, and proceed with a review of the direct appeal issue pursuant to Davis
 v. State, 288 S.C. 290, 342 S.E.2d 60 (1986). 

Petitioners
 conviction and sentence are affirmed pursuant to pursuant to Rule 220(b)(1),
 SCACR, and the following authorities:  State v. Evins,
 373 S.C. 404, 645 S.E.2d 904 (2007); State v.
 Jackson, 364 S.C. 329, 613 S.E.2d 374 (2005); State v. 192 Coin-Operated Video Game Machines, 338 S.C. 176, 525 S.E.2d 872
 (2000).
AFFIRMED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.